**Alpha Bai KAMARA, Petitioner,**

v.

**Eric H. HOLDER, Jr.,[1] Attorney General of the United States, Respondent.**

No. 08–3914.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 18, 2009.

Filed: Dec. 23, 2009.

Aubrey Fitz–William Latchana, Minneapolis, MN, for Petitioner.

Richard M. Evans, Karen Yolanda Drummond, Kristin Edison, Jane Tracey Schaffner, U.S. Department of Justice, Washington, DC, Scott Baniecke, U.S. Immigration & Naturalization Service, Bloomington, MN, for Respondent.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Alpha Bai Kamara, a citizen of Sierra Leone, petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed an immigration judge's denial of asylum, withholding of removal, and relief under the Convention Against Torture (CAT). Having carefully reviewed the record, we conclude substantial evidence supports the BIA's denial of asylum and withholding of removal. *See Gitimu v. Holder,* 581 F.3d 769, 772–74 (8th Cir. 2009); *Uli v. Mukasey,* 533 F.3d 950, 957

(8th Cir.2008); *Fofanah v. Gonzales,* 447 F.3d 1037, 1040 (8th Cir.2006). We do not reach the merits of the denial of CAT relief because Kamara failed to address the denial in his appeal to the BIA. *See Mambwe v. Holder,* 572 F.3d 540, 550 (8th Cir.2009); *Abebe v. Mukasey,* 554 F.3d 1203, 1207–08 (9th Cir.2009) (en banc) (per curiam), *petition for cert. filed,* 78 U.S.L.W. 3322 (U.S. Nov. 16, 2009) (No. 09–600).

Accordingly, we deny the petition for review.